

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-16-00155-CV

## Trial Court No. 2013B-0254

**Gary Ramsey and Sandra Ramsey**

**Vs.**

**Caterpillar Inc.**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---:|---|
| Exhibit tendered for oral argument | $25.00 | Alexander Burch |
| Motion fee | $10.00 | Wesley Gould |
| Motion fee | $10.00 | Cris Stevens |
| Motion fee | $10.00 | Matthew J Kita |
| Motion fee | $10.00 | Matthew J Kita |
| Motion fee | $10.00 | Matthew J Kita |
| Motion fee | $10.00 | Matthew J Kita |
| Clerk's record | $5,833.00 | Unknown |
| Reporter's record | $1,194.00 | Bevel |
| Reporter's record | $1,164.00 | Phillips, Ulmer & Whitman |
| Supreme Court chapter 51 fee | $50.00 | Wesley Gould |
| Indigent | $25.00 | Wesley Gould |
| Required Texas.gov efiling fee | $30.00 | Wesley Gould |
| Filing | $100.00 | Wesley Gould |
| **TOTAL:** | $8,481.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 1st day of December 2017, A.D.

PAM ESTES, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk